

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
## STATE OF TENNESSEE

| | |
|---|---|
| KERRY CRAIG WALKER ) | |
| ) | |
| PLAINTIFF ) | |
| ) | CIVIL ACTION FILE |
| VS. ) | |
| ) | NO. 1:12-CV-199 |
| ADVANCE STORES CO INC. d.b.a. ) | Mattice/Lee |
| ADVANCE AUTO PARTS, CONNIE | |
| LAYNE, RON PLACE, LEWIS HALL, ) | |
| JEFF FORSYTHE, et al | |
| ) | |
| ) | |
| DEFENDENTS. ) | |

## ORIGINAL COMPLAINT AND DEMAND FOR COMPENSATION AND INJUNCTORY RELIEF OF THIRTY THOUSAND DOLLARS

Comes now Kerry Craig Walker to file a legal complaint against Advance Stores Co. Inc., d.b.a. Advance Auto Parts in Jasper, Tennessee and former General Manager Connie Layne, former General Manager Ron Place, District Manager Lewis Hall, as well as former employee Jeff Forsyth.

1

During my employment I was subjected to ongoing harassment and a continuous hostile work environment due to my religious beliefs and because of my refusal to cover up for unethical dishonest actions. I was asked questions pertaining to my beliefs and I was asked if I believed in God. I was also harassed and told by Connie Layne that I did not believe in God. The General Manager, Connie Layne, also asked me to cover for her when she would leave the store to go run errands or get her nails done or hair done or to go shopping or to go off with her boyfriend, and when I refused to do so, Ms. Layne told me emphatically that if anything ever happened to her job she would see to it that I lost mine. I was also asked to cover up for fraud and to continue the practice of putting parts for many different customers under the name of Connie Layne's boyfriend.

I filed a complaint with the District Manager, but nothing was ever done and I was told to try to reason with Ms. Layne. I tried to speak with Ms. Layne regarding my complaint and she refused to listen. I even tried to discuss this with Ron Place, the General Manager who replaced Connie Layne, and he too would not listen. Ron Place told me that he had heard that I had written and

2

book and he later said the he had read some of it, and then he stated, "You know Kerry you think you know everything, but you are full of s\*\*t." Mr. Place made it clear that he was a Christian and that he did not like me because I did not believe as he did.

I was always treated different from my peers due to my religious beliefs. As a result, I was falsely accused of verbally abusing and assaulting a new part time employee, Jeff Forsyth, which led to my unjust termination on September 22, 2011. In fact, I was the one who was verbally abused and assaulted co-worker, Jeff Forsythe. Mr. Forsythe had also asked me about my beliefs and when I explained my beliefs to him, he told me that if I did not believe in the Bible, and Heaven, then I did not believe in God.

There was one of my customers in front of me when this incident occurred who was an eye witness, yet, prior to my discharge, Mr. Place stated there would not be an investigation into what occurred.

Due to my religious beliefs and my refusal to cover up for unethical dishonest actions, I was retaliated against. Mr. Place even forged a document from the eye witness and forged two (2) prior Disciplinary Reports and he

claimed in a Hearing that I had committed these wrong actions, when, in fact, I had not.

I was denied unemployment benefits because of blatant dishonesty and the submittal of forged documents, but I appealed and the decision was reversed.

## CONCLUSION

I believe I have been discriminated and retaliated against because of my religion (other), in violation of Title VII of the Civil Rights Act of 1964, as amended. I filed a complaint with the EEOC and was given the right to sue within 90 days of March 30, 2012, the date that I received their notice by U.S. Mail. I am asking the court to grant me my right to a trial by a jury of my peers.

This 21st day of June, 2012

Kerry Craig Walker/Pro se

CONTACT INFO:
Kerry Craig Walker
502 Maple Ave
Jasper, TN 37347
Email: kerrycw1@gmail.com
Phone: (423) 260-5803

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
## STATE OF TENNESSEE

| | |
|---|---|
| KERRY CRAIG WALKER ) | |
| ) | CERTIFICATE OF SERVICE |
| PLAINTIFF ) | |
| ) | CIVIL ACTION FILE |
| VS. ) | |
| ) | NO. 1:12-cv-199 |
| Advance Stores Co. Inc. d.b.a. ) | |
| Advance Auto Parts, Connie | Mathia/Lee |
| Layne, Ron Place, Lewis Hall, ) | |
| Jeff Forsythe, et al | |
| ) | |
| ) | |
| DEFENDENTS. ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the foregoing, **ORIGINAL COMPLAINT AND DEMAND FOR COMPENSATION AND INJUNCTORY RELIEF OF THIRTY THOUSAND DOLLARS,** to all interested parties in the foregoing matter, Civil Action No. 1:12-cv-199 IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, dated June 21, 2012, in the United States mail with sufficient postage affixed thereon to insure delivery as follows:

1

Advance Stores Co Inc. (Advance Auto Parts)
4658 Main Street
Jasper, TN 37347

Connie Layne
4658 Main Street
Jasper, TN 37347

Lewis Hall
4658 Main Street
Jasper, TN 37347

Ron Place
4658 Main Street
Jasper, TN 37347

Jeff Fosythe
4658 Main Street
Jasper, TN 37347

This 21st day of June, 2012

Kerry Craig Walker/Pro se

CONTACT INFO:
Kerry Craig Walker
502 Maple Ave
Jasper, TN 37347
Email: kerrycw1@gmail.com
Phone: (423) 260-5803

2