IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KERRY WALKER | : | |
|     Plaintiff, | : | Case No. 1:12-CV-199 |
| | : | |
| v. | : | Judge Mattice/Lee |
| | : | |
| ADVANCE AUTO STORES, INC, D/B/A | : | Jury Demand |
| ADVANCE AUTO PARTS | : | |
|     Defendant. | : | |

## STIPULATION OF DISMISSAL

Comes now, the Parties, by and through Counsel, pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, and stipulates to the dismissal of this action with prejudice, with each party to pay their own attorney's fees and costs.

**Respectfully submitted,**

| | |
|---|---|
| **PATY, RYMER & ULIN, P.C.** | **JACKSON LEWIS, LLP** |
| By: ___s/ Randall D. Larramore___ | By: ___s/ Yvonne N Maddalena___ |
|     Randall D. Larramore |     Yvonne N. Maddalena |
|     BPR #18760 |     BPR # 26734 |
|     19 Patten Parkway |     First Commercial Bank Building |
|     Chattanooga, TN 37402 |     800 Shades Creek Pky, Suite 870 |
|     (423) 756-6770 |     Birmingham, Alabama 35209 |
| |     (205) 322-3106 |
|     Attorney for Plaintiff |     Attorney for Defendants |